June 01, 2007

Ms. Barbara E. Roberts
1200 Smith Street, Suite 1400
Houston, TX 77002

Honorable Patrick W. Mizell
Vinson & Elkins
1001 Fannin, Suite 2300
Houston, TX 77002-6760

Mr. William K. Luyties
Lorance & Thompson
2900 North Loop West, Suite 500
Houston, TX 77092
Ms. Christina Marie Putman
700 Louisiana Suite 3700
Houston, TX 77002-2797

Mr. George E. Cire
6363 Woodway, Suite 610
Houston, TX 77057

RE: Case Number: 06-0353
 Court of Appeals Number: 13-05-00253-CV
 Trial Court Number: 2003-70166

Style: CITY OF PASADENA
 v.
 KINSEL INDUSTRIES, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy Wilborn|
| | |
| |Mr. Charles |
| |Bacarisse |